# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

GARY T. HAREN

Case Number: 3:17-po-0661 DMC
Location Code: CA39
Violation Number: F4932903; F4932904; F4932905

## JUDGMENT IN CRIMINAL CASE

Defendant pleaded guilty or no contest, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s): |
|---|---|
| 36 CFR 261.10(d)(2) | Improper Discharge of Firearm |
| 36 CFR 261.58(bb) | Open Container of Alcohol |
| 21 USC 844(a) | Possess Controlled Substance |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of three (3) years. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☒ You shall pay the following financial obligations:
   Count 1: Fine: $1,190.00, a special assessment of $10.00, and a $30.00 processing fee;
   Count 2: Fine: $440.00, a special assessment of $10.00, and a $30.00 processing fee;
   Count 3: Fine: $425.00, a special assessment of $25.00, and a $30.00 processing fee;

   for a total financial obligation of $2,190.00, which shall be within one year from date of release from custody.

☒ You are hereby committed to the Bureau of Prisons to be imprisoned for a term of twenty-one days beginning immediately.

☒ You are prohibited from entering federal lands in the Eastern District of California for a period of three years including, but not limited to, lands supervised by the Bureau of Land Management, U.S. Forest Service, U.S. Fish & Wildlife, U.S. Park Service, and the Veteran's Administration.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to late/delinquent charges imposed by the Court if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: "**CLERK- U.S.D.C.**" and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order **must** indicate <u>your name and case number</u> shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

OR: You may pay on-line at www.cvb.uscourts.gov using your location code and violation number.

Dated: January 14, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE